CO. FILE DEPT. CLOCK VCHR. NO.
QKG 202415 173802 0000060482 1
611-0002

ST. ANN'S HOME FOR THE AGED
1500 PORTLAND AVENUE
ROCHESTER, NEW YORK 14621
585 - 697 - 6341

# Earnings Statement

Period Beginning: 01/22/2017
Period Ending: 02/04/2017
Pay Date: 02/10/2017

Taxable Marital Status:
Exemptions/Allowances:
  Federal:
  NY:

MARCIA E. NUPP

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.0000 | 80.00 | 1,840.00 | 5,152.00 |
| Fixed Holiday | | | | 368.00 |
| Nursing Bonus | | | | 346.44 |
| **Gross Pay** | | | **$1,840.00** | 5,866.44 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 1.50 | 4.50 |

**Deductions**

Statutory

| | | |
|---|---|---|
| Federal Income Tax | -100.84 | 389.13 |
| Social Security Tax | -106.19 | 340.06 |
| Medicare Tax | -24.84 | 79.53 |
| NY State Income Tax | -52.84 | 191.85 |

Other

| | | |
|---|---|---|
| Burke 403Broth | -55.20 | 147.20 |
| Cafeteria | -8.13 | 18.16 |
| Pre-Tax Blue | -103.04* | 309.12 |
| Pre-Tax Dental | -25.66* | 76.98 |
| Bistro | | 7.95 |

| | | |
|---|---|---|
| **Net Pay** | | **$1,363.26** |
| Checking | -1,363.26 | 4,106.46 |
| **Net Check** | | **$0.00** |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,711.30

ST. ANN'S HOME FOR THE AGED
1500 PORTLAND AVENUE
ROCHESTER, NEW YORK 14621
585 - 697 - 6341

Deposited to the account of
MARCIA E. NUPP

Advice number: 00000060482
Pay date: 02/10/2017

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx0646 | xxxx xxxx | $1,363.26 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| QKG | 202415 | 173802 | | 0000040483 | 1 |

622-0002

ST. ANN'S HOME FOR THE AGED
1500 PORTLAND AVENUE
ROCHESTER, NEW YORK 14621
585 - 697 - 6341

# Earnings Statement

**ADP**

Period Beginning: 01/08/2017
Period Ending: 01/21/2017
Pay Date: 01/27/2017

Taxable Marital Status:
Exemptions/Allowances:
 Federal:
 NY:

MARCIA E. NUPP

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.0000 | 80.00 | 1,840.00 | 3,312.00 |
| Fixed Holiday | | | | 368.00 |
| Nursing Bonus | | | | 346.44 |
| **Gross Pay** | | | **$1,840.00** | 4,026.44 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 1.50 | 3.00 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Federal Income Tax | -100.84 | 288.29 |
| | Social Security Tax | -106.20 | 233.87 |
| | Medicare Tax | -24.83 | 54.69 |
| | NY State Income Tax | -52.84 | 139.01 |
| **Other** | | | |
| | Bistro | -1.25 | 7.95 |
| | Burke 403Broth | -55.20 | 92.00 |
| | Cafeteria | -10.03 | 10.03 |
| | Pre-Tax Blue | -103.04* | 206.08 |
| | Pre-Tax Dental | -25.66* | 51.32 |
| **Net Pay** | | **$1,360.11** | |
| | Checking | -1,360.11 | 2,743.20 |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,711.30

---

ST. ANN'S HOME FOR THE AGED
1500 PORTLAND AVENUE
ROCHESTER, NEW YORK 14621
585 - 697 - 6341

Advice number: 00000040483
Pay date: 01/27/2017

Deposited to the account of
MARCIA E. NUPP

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx0646 | xxxx xxxx | $1,360.11 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

© 2000 ADP, LLC

| | CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|---|
| | QKG | 202415 | 173802 | | 0000020494 | 1 |

626-0002

ST. ANN'S HOME FOR THE AGED
1500 PORTLAND AVENUE
ROCHESTER, NEW YORK 14621
585 - 697 - 6341

# Earnings Statement

**ADP**

Period Beginning: 12/25/2016
Period Ending: 01/07/2017
Pay Date: 01/13/2017

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 3
 NY: 10

MARCIA E. NUPP
119 KINGSBERRY DR
APARTMENT E
ROCHESTER NY 14626

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.0000 | 64.00 | 1,472.00 | 1,472.00 |
| Fixed Holiday | 23.0000 | 16.00 | 368.00 | 368.00 |
| **Gross Pay** | | | **$1,840.00** | 1,840.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 1.50 | 1.50 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -100.84 | 100.84 |
| | Social Security Tax | -106.19 | 106.19 |
| | Medicare Tax | -24.84 | 24.84 |
| | NY State Income Tax | -52.84 | 52.84 |
| | Other | | |
| | Bistro | -6.70 | 6.70 |
| | Burke 403Broth | -36.80 | 36.80 |
| | Pre-Tax Blue | -103.04* | 103.04 |
| | Pre-Tax Dental | -25.66* | 25.66 |
| **Net Pay** | | **$1,383.09** | |
| | Checking | -1,383.09 | 1,383.09 |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,711.30

© 2000 ADP, LLC

ST. ANN'S HOME FOR THE AGED
1500 PORTLAND AVENUE
ROCHESTER, NEW YORK 14621
585 - 697 - 6341

Advice number: 00000020494
Pay date: 01/13/2017

Deposited to the account of
MARCIA E. NUPP

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx0646 | xxxx xxxx | $1,383.09 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| QKG | 202415 | 173802 | | 0000520481 | 1 |

609-0002

ST. ANN'S HOME FOR THE AGED
1500 PORTLAND AVENUE
ROCHESTER, NEW YORK 14621
585 - 697 - 6341

# Earnings Statement

**ADP**

Period Beginning: 12/11/2016
Period Ending: 12/24/2016
Pay Date: 12/30/2016

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 3
  NY: 10

MARCIA E. NUPP
119 KINGSBERRY DR
APARTMENT E
ROCHESTER NY 14626

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.0000 | 80.00 | 1,840.00 | 14,352.00 |
| Fixed Holiday | | | | 184.00 |
| **Gross Pay** | | | **$1,840.00** | 14,536.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 3.24 | 25.92 |

**Deductions**

| Statutory | | |
|---|---|---|
| Federal Income Tax | -198.45 | 1,512.99 |
| Social Security Tax | -114.28 | 884.74 |
| Medicare Tax | -26.72 | 206.91 |
| NY State Income Tax | -90.00 | 682.17 |

| Other | | |
|---|---|---|
| Bistro | -1.25 | 8.29 |
| Burke 403Broth | -36.80 | 270.48 |
| Burke 403B | | 110.40 |
| Cafeteria | | 16.97 |
| Pre-Tax Blue | | 151.44 |
| Pre-Tax Dental | | 140.52 |
| Rizzo | | 0.75 |

| | | |
|---|---|---|
| **Net Pay** | **$1,372.50** | |
| Checking | -1,372.50 | 9,196.51 |
| **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$1,840.00

© 2000 ADP, LLC

ST. ANN'S HOME FOR THE AGED
1500 PORTLAND AVENUE
ROCHESTER, NEW YORK 14621
585 - 697 - 6341

Advice number: 00000520481
Pay date: 12/30/2016

Deposited to the account of
MARCIA E. NUPP

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx0646 | xxxx xxxx | $1,372.50 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**